MC–275

Name **Michael Wilkerson**

Address **PBSP, PO Box 7500**
**Crescent City, Calif**

2354   1983
FILING FEE PAID
Yes___  No___
IFP MOTION FILED
Yes___  No___
COPIES SENT TO
Court___ Pros.___

**ORIGINAL FINAL**

**FILED**

MAY 12 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

CDC or ID Number **T-90727**

## Southern District Court

_____
(Court)

**Michael Wilkerson**
Petitioner

vs.

**Donavan State Prison and**
Respondent **San Diego Sheriff department**

PETITION FOR WRIT OF HABEAS CORPUS

No. **'08 CV 0857 WQH PCL**

*(To be supplied by the Clerk of the Court)*

### INSTRUCTIONS—READ CAREFULLY

- If you are challenging an order of commitment or a criminal conviction and are filing this petition in the Superior Court, you should file it in the county that made the order.

- If you are challenging the conditions of your confinement and are filing this petition in the Superior Court, you should file it in the county in which you are confined.

- Read the entire form *before* answering any questions.

- This petition must be clearly handwritten in ink or typed. You should exercise care to make sure all answers are true and correct. Because the petition includes a verification, the making of a statement that you know is false may result in a conviction for perjury.

- Answer all applicable questions in the proper spaces. If you need additional space, add an extra page and indicate that your answer is "continued on additional page."

- If you are filing this petition in the Superior Court, you need file only the original unless local rules require additional copies. Many courts require more copies.

- If you are filing this petition in the Court of Appeal, file the original and four copies of the petition and, if separately bound, one copy of any supporting documents.

- If you are filing this petition in the California Supreme Court, file the original and ten copies of the petition and, if separately bound, two copies of any supporting documents.

- Notify the Clerk of the Court in writing if you change your address after filing your petition.

- In most cases, the law requires service of a copy of the petition on the district attorney, city attorney, or city prosecutor. See Penal Code section 1475 and Government Code section 72193. You may serve the copy by mail.

Approved by the Judicial Council of California for use under rule 8.380 of the California Rules of Court [as amended effective January 1, 2007]. Subsequent amendments to rule 8.380 may change the number of copies to be furnished to the Supreme Court and Court of Appeal.

Form Approved for Optional Use
Judicial Council of California

PETITION FOR WRIT OF HABEAS CORPUS

Penal Code, § 1473 et seq.

This petition concerns:

- [✓] A conviction
- [ ] Parole
- [ ] A sentence
- [ ] Credits
- [✓] Jail or prison conditions
- [ ] Prison discipline
- [ ] Other (specify): _____

1. Your name: Michael Wilkerson

2. Where are you incarcerated? Pelican Bay State Prison

3. Why are you in custody? [✓] Criminal Conviction  [✓] Civil Commitment

*Answer subdivisions a. through i. to the best of your ability.*

a. State reason for civil commitment or, if criminal conviction, state nature of offense and enhancements (for example, "robbery with use of a deadly weapon").

court has commited me insane some way by using another court hearing for a different offense going by doctor

b. Penal or other code sections: The State Lost all my Legal material

c. Name and location of sentencing or committing court: San Diego California and I think Fresno County is the un law Civil commite

d. Case number: I don't get to see any Legal Litigation on it

e. Date convicted or committed: Sentence commitment and civil Lost by prison

f. Date sentenced: prison Lost the litigation even transcript

g. Length of sentence: 52 years

h. When do you expect to be released? through Litigation soon

i. Were you represented by counsel in the trial court? [✓] Yes.  [ ] No. If yes, state the attorney's name and address:

John Feilding San Diego California

4. What was the LAST plea you entered? (check one)

- [✓] Not guilty
- [ ] Guilty
- [ ] Nolo Contendere
- [ ] Other: _____

5. If you pleaded not guilty, what kind of trial did you have?

- [✓] Jury
- [ ] Judge without a jury
- [ ] Submitted on transcript
- [ ] Awaiting trial

6. GROUNDS FOR RELIEF                                                    MC–275

**Ground 1:** State briefly the ground on which you base your claim for relief. For example, "the trial court imposed an illegal enhancement." *(if you have additional grounds for relief, use a separate page for each ground. State ground 2 on page four. For additional grounds, make copies of page four and number the additional grounds in order.)*

① That the merits of the factual dispute were not resoled in the State court hearing, and that the application did not receive a full, fair and adequate hearing in the state court proceeding, that the applicant was otherwise dinied due process of Law in the State court proceeding.

a. Supporting facts:

Tell your story briefly without citing cases or law. If you are challenging the legality of your conviction, describe the facts upon which your conviction is based. *If necessary, attach additional pages.* CAUTION: You must state facts, not conclusions. For example, if you are claiming incompetence of counsel you must state facts specifically setting forth what your attorney did or failed to do and how that affected your trial. Failure to allege sufficient facts will result in the denial of your petition. (See *In re Swain* (1949) 34 Cal.2d 300, 304.) A rule of thumb to follow is: *who* did exactly *what* to violate your rights at *what time (when)* or place *(where). (If available, attach declarations, relevant records, transcripts, or other documents supporting your claim.)*

Plaintiff filed a petition to contest, being made insane without telling plaintiff why and nor is plaintiff able to contest the contention without seeing "in prison" or the "social security office" what are they diagnosising "without plaintiff conversing" with them! Gary D. Hoff of Fresno "actacilly" said that, if plaintiff could not show, how it effects plaintiff in a adverse way "in prison", it did not matter, irrespective. It's fraud! It's being done because, I've been shot stabbed, and tortured in the worst way since my arrest and incarserated in jail and prison though not at this prison "so far!" I have encluded a Letter from the California Innocence project exhibit and human judgement is plaintiffs prima facie case

b. Supporting cases, rules, or other authority (optional):

*(Briefly discuss, or list by name and citation, the cases or other authorities that you think are relevant to your claim. If necessary, attach an extra page.)*

79 F.3d, at 832, n.20 and the Court's human judgement as to meet the State's prima facie case for relief in a district court. And plaintiff human judgement as a prima facie case for relief

Ground 2 or Ground ___2___ (if applicable):

② That the fact finding procedure employed by the State Court was not adequate to afford a "full" and fair hearing and that material facts were not adequately developed at the State court hearing.

a. Supporting facts:

While at the San Diego Jail plaintiff had illegal operations on plaintiff to cover up a wound illegally recieved that was covered up! and a plastic surgeon can access plaintiffs body and tell if this is true! plaintiff asks that this be done in a evidentiary hearing. Plaintiff asking this court accept jurisdiction over this case Because it has been covered up, more than one prison Plaintiff ask this court require the respondents to answer the allegations in This Petition and hold such evidentary hearing as this court may deem necessary or appropiate and issue an "order" that This Court will grant a Writ of Habeas Corpus unless the State holds a new Trial within a specified time. Because no way did plaintiff recieve a fare and impartail trial with in the conditions and more! It is also alledge plaintiff will not get a fair hearing if plaintiff wans to be heard in San Diego County. and people may not want to bring evidence to that county! you can hold the hearing

b. Supporting cases, rules, or other authority: Here if you want.

United States V. Browner, 471 F 2d 969 (1972) that rule proved that Durham V. United States, 214 F. 2d 862 1954 to be too vague and led to too much power being given psychiatric experts As a result in United State V. Browner, 471 F 2d 969 (1972) the Durham experiment was abandoned as plaintiff asks the court to do with doctors options in this case

8. Did you appeal from the conviction, sentence, or commitment? ☑ Yes. ☐ No. If yes, give the following information:

a. Name of court ("Court of Appeal" or "Appellate Dept. of Superior Court"):

San Diego California

b. Result   denied                    c. Date of decision:   ?

d. Case number or citation of opinion, if known: _____

e. Issues raised: (1) _____

   (2) _____

   (3) _____

f. Were you represented by counsel on appeal? ☑ Yes. ☐ No. If yes, state the attorney's name and address, if known:

Ms Rebecca P. Jones

9. Did you seek review in the California Supreme Court? ☑ Yes ☐ No. If yes, give the following information:

a. Result   denied                    b. Date of decision:   ?

c. Case number or citation of opinion, if known:   ?

d. Issues raised: (1) ____?____

   (2) ____?____

   (3) ____?____

10. If your petition makes a claim regarding your conviction, sentence, or commitment that you or your attorney did not make on appeal, explain why the claim was not made on appeal:

she did not raise that I had a memory problem from trauma, because she did not check with the Social Security Office

11. Administrative Review:

a. If your petition concerns conditions of confinement or other claims for which there are administrative remedies, failure to exhaust administrative remedies may result in the denial of your petition, even if it is otherwise meritorious. (See *In re Muszalski* (1975) 52 Cal.App.3d 500 [125 Cal.Rptr. 286].) Explain what administrative review you sought or explain why you did not seek such review:

I did not seek administrative remedies because this time the prison has went to far... and have violated plaintiffs first Amendment protection with "non speech" elements that are combined puts plaintiffs life in danger. and plaintiff beleaves that a sufficiently important government interest in regulating this nonspeech element can justify merits to not seek any farther remedies with that or those prisons.

b. Did you seek the highest level of administrative review available? ☐ Yes. ☐ No.
   *Attach documents that show you have exhausted your administrative remedies.*

MC-275

12. Other than direct appeal, have you filed any other petitions, applications, or motions with respect to this conviction, commitment, or **issue** in any court? ☑ Yes. If yes, continue with number 13. ☐ No. If no, skip to number 15.

13. a. (1) Name of court: I wrote writs of Habeas Corpus all the way up

   (2) Nature of proceeding (for example, "habeas corpus petition"): Complain of prior memory problem

   (3) Issues raised: (a) memory problem I got paid for.

   (b) and murders that where hid

   (4) Result (Attach order or explain why unavailable): Mule Creek and Corcoran withheld Litigation

   (5) Date of decision: ? See Exhibit

   b. (1) Name of court: San Diego California and Fresno California

   (2) Nature of proceeding: criminal in San Diego and I think Fresno illegal did Civil

   (3) Issues raised: (a) _____

   (b) _____

   (4) Result (Attach order or explain why unavailable): _____

   (5) Date of decision: _____

   c. For additional prior petitions, applications, or motions, provide the same information on a separate page.

14. If any of the courts listed in number 13 held a hearing, state name of court, date of hearing, nature of hearing, and result:

_____
_____
_____

15. Explain any delay in the discovery of the claimed grounds for relief and in raising the claims in this petition. (See In re Swain (1949) 34 Cal.2d 300, 304.)

_____
_____
_____

16. Are you presently represented by counsel? ☐ Yes. ☐ No. If yes, state the attorney's name and address, if known:

_____
_____

17. Do you have any petition, appeal, or other matter pending in any court? ☐ Yes. ☐ No. If yes, explain:

_____
_____

18. If this petition might lawfully have been made to a lower court, state the circumstances justifying an application to this court:

_____
_____

I, the undersigned, say: I am the petitioner in this action. I declare under penalty of perjury under the laws of the State of California that the foregoing allegations and statements are true and correct, except as to matters that are stated on my information and belief, and as to those matters, I believe them to be true.

Date: 4/29/08

▶ Michael Wilkerson
(SIGNATURE OF PETITIONER)

MC-275 [Rev. January 1, 2007]          PETITION FOR WRIT OF HABEAS CORPUS          Page 6 of 6

1 It was plan and simple...because of these murders
2 the murderer was always set free by psychiatric help
3 a doctor assessing the insanity defense...plaintiff
4 in this case seek exactly the opposite!

5                Because psychi doctors are
6 straining, twisting and deleting information, plaintiff
7 has either wrote on paper and gave them...or conveyed
8 to them...plaintiff decisions of what he says is not
9 being regarded...and so the psychi doctors are being
10 contary to court Law.

                The court noted, for exsample
11 that the decision maker is for all Legal purposes the
12 the decision of the patient himself "79 F.3d at 832, n 120;
13              Whenever I talk to a California
14 department of Correction and rehap. psychiatric Doc
15 it becomes a much broader License...to embellish
16 what I'm saying here and now! It has become extremily
17 difficult to have even a rudimentary "watch" with what
18 they are trying to say! Let alone contain what they are
19 saying about what I write to them! So I refuse to speak
20 to them at all...because they all contenue to Lie, to
21 support the prior doctor story! and the first two
22 Doctors deleted "actoul writing of children being Killed"
23 "trying to run and get help" when these incidents took
24 place...what reason could it be? other than CDCR
25 Doctors have a "vested interest" in what plaintiff is
26 seeking to perfer. they are hiding "the cuitten details"
27 because they "own money interests" in "some of the places"
28 places plaintiff wrote about. Just like other CDCR workers

                    Page ①

1   California role does not allow it to prohibit "words" or some
2   expression, and niether expressive conduct critical of its
3   misdiagnosing.
4                         Psychiatric criteria right now excludes
5   from diagnosis with depressive disorder, those who
6   within the "Last two months" suffered the "Loss" of
7   someone they love. But disregard the many people
8   who have "been in my life" that died "trying to help
9   me". I don't care, if I know them or not! It's "just as"
10  a love one died". Because they sought to help! and
11  it's not open for discussion....to a CDCR doctor, "any
12  more"....I will talk to the court...and court appointed
13  doctors.
14                      "I may feel grief after remembering"
15  any American citizen, that has help me...especially
16  those who have "given their Life". Some had been treated
17  "so bad" they would had died...than Live! They were
18  not gay!...I would like to end this and be called
19  to court in a evidentry hearing to present my
20  evidence.  Please view every exhibit so you may get
21  a idea of my situation. and be aware it's "no one way"
22  these events have occurred! even though I might
23  describe only "certain events". I have "some how" Lost
24  a document. but I can have different people! fax it
25  to your court. Please enclude all the, letters I wrote
26  to you "with this writ" and I believe, with my teeth grinded
27  down to enemel and bullet wounds, I've made my case
28  to start...a court hearing.

Page ②

1 Plaintiffs Lawyer...failed to explore...investigate and
2 then put on in trial...the record of plaintiffs "Social
3 Security income record...therefore failed to seek
4 a motion to compel the court for discovery of
5 the social security mental health record.

6         It's farther offed that had plaintiff Lawyer
7 investigated...the documents, retrieved and substain
8 from the Social Security department...would had
9 open a whole new area for the defence... See
10 plaintiff had told his attorney that he had been
11 hypnotized and beat and drugged at the social
12 security department, plaintiff even wrote these
13 allegations down in notes...and even tried to get
14 the judge to read..to try and get a comprehensive
15 grasp of appellants version and facts of his case
16 no one understood! Plaintiff has since contacted
17 the social security...see Exhibit [A ] that show
18 that no one knows "who" or "where" and "when"
19 plaintiff got that social security card...but
20 "plaintiff." That is to escape a Law suit. now you
21 see why I must have a immunity agreement
22 to all withesses...nothing they can have done can
23 be brought up against them. for "truthful testimony"
24 See at that office. some one was killed and com-
25 mandeered by the killer. the body was taken
26 out side and made to look like some one else
27 did the killing. This brings into question a Evidentiary
28 Hearing...where plaintiff will be required to be present

Page ③

1 It's plain to see that when Steve Wilkerson also
2 Known by "AKA Michael Wilkerson" actions are
3 "Symbolic Speech" in this case. He has managed
4 to get out of murder after murder. By attacking
5 me. and using hypnosis along with drugs and
6 alcohol on me "against my will".. and the "ramming"
7 and "battering" the top of "head" into a wall.. while
8 attacking me. I would like to put on the record
9 that being raped was my worst fear I know
10 since I was a child.. until my present age!
11 I had such a fear... I would Lose exsistance about
12 my surroundings... if they told me "I better smile"
13 are they would Kill all my family... "I could only
14 hear them"...and have no sense of sight! I would
15 feel so unsafe!   This was done to me when I
16 "could not run" after they Kill some one! I have
17 been electrified with electric currents, with tazers and
18 burnts.. and had illegal operations to cover bullet
19 wounds! and my body is "spreaded with all sort of
20 wounds" that they tried to cover up! which add to
21 "Human right" violations, not just eighth admend
22 -ments violations, but a "human right" indifference,
23 I actaully Lost my memory...from suffering the
24 Likes...if it wasn't for certain officers, I would have
25 been hurt, even more... every since certain murder
26 in and out of prison... I have been tortured, by
27 gourds and people they use! I can prove it with
28 the dead boldys and something I can give to you

Page ④

1 through people who can bring it to the court and
2 I can show you how to track the people down
3 right from your court on computer. I'm not train-
4 ed in Law...and I get very uncomfortable to write
5 about these issues. I ask only for a immunity agree-
6 ment for the people I call and their family...so there
7 is no motive to Lie.

It must also be mentioned that
8 California Department of Corrections and Rehab
9 has Lost my Legal paper material over and over
10 please see Exhibit "C" then the actions I've started
11 in writs and Certiorari "they can start"...themselfs
12 with falsified court actions...with what they call
13 peace makers! but are really manipulators
14 and con artists. I ask this court to consider
15
16 plaintiffs present and future potential hard ship
17 may be considered...by the department of Correct-
18 ion here in California and Rehab. Losing plaintiffs
19 material Legal Evidence...and give plaintiff what
20 ever adjustment and safe gaurds it might deem
21 reasonable. in these situations of "compelling" examples
22 of unfairness.
23
I also ask this court if the allegations
24 of being shot...in a Sheriffs car "were the Sheriff"
25 died and had his body moved...and set up another
26 crime scene "is deemed true" in a Level of certainty
27 demonstrated by sufficient evidence...to support plaintiff
28 had been shot while going to trial...plaintiff case set aside
29

be over turn

Exhibit-A



www.socialsecurity.gov

---

Michael Wilkerson
Housing B8 128
Pelican Bay State Prison
PO Box 7500
Crescent City, CA 95532

560 E Hoover Ave
Crescent City, CA 95531
Phone: (707)465-5943
Fax: (707)465-5415
Office Hours: 9:00 a.m.–4:00 p.m.
April 1, 2008

Mr. Wilkerson,

Your Social Security number was originally issued prior to 1971. Our computer records do not show the exact date your number was issued, nor do those records show what office received your application for a number. The most recent card was applied for at the San Diego Social Security office and issued March 29th, 1999.

You received Supplemental Security Income (SSI) for the disabled beginning July of 1998 and ending in June of 2001. All checks were mailed directly to you at the address you reported to us, 1007 9th St, Imperial Beach, San Diego, CA You may re apply for benefits when you are released from prison. To apply, bring release documents to any Social Security office.

The Social Security Administration has never been involved in medical insurance although you may have received medical coverage from the State of California. Our records show that you have never received, nor qualified for, Medicare benefits.

Sincerely,

*Karen Kelley*
Service Representative, Crescent City Field Office
Social Security Administration

1   HC07CRWR678603-GDH-cm



SEP 1 9 2007
FRESNO SUPERIOR COURT
By_____
DEPT. 71 - DEPUTY

8          SUPERIOR COURT OF CALIFORNIA, COUNTY OF FRESNO

9                         CENTRAL DIVISION

11  In re                        )   No. 07CRWR678603      Dept. 71
                                 )
12  MICHAEL WILKERSON,           )
                                 )        ORDER
13          Petitioner           )
                                 )
14  On Habeas Corpus.            )
    _____)

16          Having considered the petition for habeas corpus dated

17  August 23, 2007, the court finds that petitioner has failed to

18  state a prima facie case for relief.

19          The petition appears to be virtually identical to a

20  previous petition filed by petitioner on August 14, 2007.  (See

21  Fresno County case no. 07 CRWR678589.)  The court has already

22  denied the previous petition.

23          "It has long been the rule that absent a change in the

24  applicable law or the facts, the court will not consider repeated

25  applications for habeas corpus presenting claims previously

26  rejected. [Citations omitted.]  The court has also refused to

27  consider newly presented grounds for relief which were known to

28  the petitioner at the time of a prior collateral attack on the

1  judgment.  [Citations.]    The rule was stated clearly in *In re*
2  *Connor, supra,* 16 Cal.2d 701, 705: 'In this state a defendant is
3  not permitted to try out his contentions piecemeal by successive
4  proceedings attacking the validity of the judgment against him.'"
5  (*In re Clark* (1993) 5 Cal.4th 750, 767-768.)    Therefore, because
6  the new petition is merely duplicative of the original petition
7  and adds no new facts or law, it is without merit.

8         Consequently, the petition is denied.

9         DATED this  19  day of September, 2007.

10

11                                    **GARY D. HOFF**
                                    _____
12                                      GARY D. HOFF
                                      Judge of the Superior Court

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28



PRISON LAW OFFICE
General Delivery, San Quentin, CA 94964-0001
Telephone (415) 457-9144 • Fax (415) 457-9151
www.prisonlaw.com

*Director:*
Donald Specter

*Staff Attorneys:*
Susan Christian
Steven Fama
Rachel Farbiarz
Penny Godbold
Megan Hagler
Alison Hardy
Vibeke Martin
Millard Murphy
Sara Norman
Judith Rosenberg
Zoe Schonfeld
E. Ivan Trujillo

1/7/2008

Michael Wilkerson, T-90727
MCSP
PO Box 409000
Ione, CA 95640

Dear Mr. Wilkerson:

I write in response to your letter received 12/26. You indicate that your last blood pressure check read 106/160. You also inform us that you do not trust the health care staff currently providing you with medical care and so you will not take medications. I am sorry to hear of your situation, but with regards to requesting new primary care providers, our office is unable to dictate how the institution distributes its staff and which medical care professionals are hired.

If you are concerned about your blood pressure, please be sure to cooperate with medical care staff when they administer blood pressure checks, and keep a brief log of the dates and readings. If you have been prescribed blood pressure medications, not taking these medications may affect your blood pressure. If your readings continue to seem high to you, please forward your brief log to our office for review. Please also file a 602 requesting treatment if a yard doctor diagnoses you with high blood pressure. I am enclosing some basic information about the Plata class action case, which I hope helps to clarify the circumstances under which our office can and cannot act on behalf of prisoners with difficulty receiving medical treatment.

I am forwarding your letter to the attorneys in our office who work on the Coleman case for additional review. They will determine whether they can offer you assistance with regards to your mental health concerns.

Take care.

Sincerely,

*fo, Pui Yee Yu*

Pui Yee Yu
Litigation Assistant Under Zoe Schonfeld

Enclosures: PLA Plata 1;

Board of Directors
Penelope Cooper, President • Michele WalkinHawk, Vice President • Marshall Krause, Treasurer
Honorable John Burton • Felecia Gaston • Christiane Hipps • Margaret Johns
Cesar Lagleva • Laura Magnani • Michael Marcum • Ruth Morgan • Dennis Roberts

Exhibit C



# CALIFORNIA WESTERN
S C H O O L   O F   L A W

## CALIFORNIA INNOCENCE PROJECT

April 2, 2008

Michael Wilkerson T-90727
Housing B-7-232
Pelican Bay State Prison
P.O. Box 7500
Crescent City, CA
95551

Mr. Michael Wilkerson:

According to our records, your documents were sent back on March 4, 2008. Unfortunately, it looks as though they were sent to your prior address at Mule State Prison. We will send them to your current address when they are returned to us. Thank you for your patience.

Sincerely,
California Innocence Project

S157322

# IN THE SUPREME COURT OF CALIFORNIA

## En Banc

---

In re MICHAEL WILKERSON on Habeas Corpus

---

The petition for writ of habeas corpus is denied. (See *In re Robbins* (1998) 18 Cal.4th 770, 780; *In re Clark* (1993) 5 Cal.4th 750.)

SUPREME COURT
**FILED**

APR - 9 2008

Frederick K. Ohlrich Clerk

_____
Deputy

_____
GEORGE
Chief Justice



State of California

### Commission on Judicial Performance
455 Golden Gate Avenue, Suite 14400
San Francisco, CA   94102-3660
(415) 557-1200
FAX (415) 557-1266

June 4, 2003

Michael Wilkerson, #T90727
Fac 4-17-250
480 Alta Road
San Diego, CA  92179

Dear Mr. Wilkerson:

Your further correspondence concerning a California judge has been considered in order to determine whether there is any basis for action by this commission.

It has been concluded that the contents of the letter do not provide grounds for proceeding further. No facts of judicial misconduct within the jurisdiction of this commission have been set forth. As previously advised, this commission cannot reverse or relitigate judicial decisions.

Very truly yours,

Donna M. Vargas
Staff Counsel

DV:ej/l0604wil

*Please contact this commission and get all letters and files sent to them... Sent to Mr Bennett 619-232 50 71 as well.*

Confidential under California Constitution,
Article VI, Section 18, and Commission Rule 102

IVINSON MEMORIAL HOSPITAL
LARAMIE, WYOMING
EMERGENCY DEPARTMENT PHYSICIAN REPORT

**Patient:** WILDERSON, MICHAEL
**Hosp #:**  581409
**Date:** 11/11/00
**DOB:**  09/27/55

**PHYSICIAN:** None.

**CHIEF COMPLAINT:** "Back and knee injury."

**HISTORY OF PRESENT ILLNESS:** Mr. Wilderson is a 45-year-old black male who injured himself on the steps of a Greyhound bus at approximately 9:15 a.m. this morning. He states he slipped and fell backwards landing on his back and also somehow injuring his left knee underneath him. He did not have immediate pain and took a brief nap after the injury. He woke up with severe back pain as well as knee pain. He presents after an episode of diaphoresis related to this pain. The patient denies increased pain with cough or sneeze but any attempts at movement cause quite severe back pain.

**PAST MEDICAL HISTORY:** The patient is currently under treatment for Helicobacter gastritis and peptic ulcer disease. He has had an extensive facial laceration in the past and denies other operations or illnesses.
**CURRENT MEDICATIONS:** Cimetidine, amoxicillin, Biaxin, and Prilosec.
**ALLERGIES:** None.
**FAMILY HISTORY:** Positive for diabetes and heart disease.
**SOCIAL HISTORY:** The patient works remodeling homes. He smokes one pack of cigarettes daily. He is traveling with his significant other.

**REVIEW OF SYSTEMS:**
**CONSTITUTIONAL:** No fever or chills.
**HEENT:** Eyes: The patient denies visual disturbance. ENT: The patient denies eye, ear, nose, or throat complaints.
**RESPIRATORY:** The patient denies cough, cold, or dyspnea.
**CARDIAC:** The patient denies chest pain or palpitations.
**GI:** The patient is currently under treatment for H. pylori gastritis. He had one episode of diarrhea after the fall. He denies vomiting or abdominal pain.
**GU:** No dysuria or frequency.
**GENERAL:** The patient denies other complaints.

**PHYSICAL EXAMINATION:**
**VITAL SIGNS:** Temperature 98.3°, blood pressure 163/94, and pulse 110.
**GENERAL:** Very husky, well-muscled, black male appearing his stated age. Obviously quite uncomfortable with movement with back and knee pain.
**HEENT:** Throat: No erythema, edema, or exudate.
**NECK:** Supple.
**LUNGS:** Clear to percussion and auscultation.
**HEART:** Regular rate and rhythm without ectopy.
**ABDOMEN:** Soft and nontender. No masses or megaly. Bowel sounds are active.
**BACK:** Acute left-sided thoracolumbar pain and spasm. Limitation of truncal range of motion.
**EXTREMITIES:** Acute tenderness of left knee particularly along the medial

ER DEPARTMENT PHYSICIAN REPORT                     001047

3RD DISTRICT COURT - SALT LAKE COURT
SALT LAKE COUNTY, STATE OF UTAH

---

| | | |
|---|---|---|
| MICHAEL W WILKERSON, | : | NOTICE OF |
| Plaintiff, | : | ORDER TO SHOW CAUSE |
| | : | |
| vs. | : | Case No: 010910089 PI |
| | : | |
| GREYHOUND BUS LINES INC, | : | Judge:   ANTHONY B. QUINN |
| Defendant. | : | Date:    September 5,2002 |

---

ORDER TO SHOW CAUSE is scheduled.
     Date: 10/07/2002
     Time: 01:30 p.m.
     Location: Third Floor - W33
               THIRD DISTRICT COURT
               450 SOUTH STATE
               SLC, UT  84114-1860
 Before Judge: ANTHONY B. QUINN


On its own motion, the Court orders the parties to appear on said
date and time and show cause why this case should not be dismissed
for failure to prosecute.  By failing to appear, the Court will
enter an order of dismissal without further notice.

Dated this __9__ day of __Sept__ , 20_02_ .

_____
District Court Deputy Clerk

Page 1

Since plaintiff motels were forced into and there was a "home invasion"... plaintiff asks the court to view "that being held by gun point, while Lakiah Olden proformed oral sex. That was "not" a "consenteul" part, on plaintiff behalf, or given his approval... the act was a act to black mail the manager.... by saying Lakiah was raped! The motel manager, bulk and refused to pay!... he was did the same way. Also plaintiff was given some sort of shot....and I still don't know every thing that happen to me. But I do know that the motel clerk was white and he was killed at that motel in Chula Vista San Diego Califor -nia and his body was moved! put in a white car! I truly believe that every time this sort of thing happen... I become more and more less alert and understanding of what went on around me. I was actaully told I better not come in her mouth! I was hit in the head, because I did!

This is a Fourth Amendment violation which states "the right of the people to be secure in their persons, houses, papers, and effects and against unreasonable "seizures", shall not be violated!

Please look at exhibit "J" and you can see the only way I am able to write this writ is with the aid. of the "State Habeas Corpus procedure: A manuals For California Prisoners which I have sent you a copy. In this writ, so you will Know... Why I've made it this far with this writ. I'm not train in the Law and do need a Lawyer to protect my interest as far as the Law would require.

The district Attorney sought to avoid trial...that he Knew had no way of winning...and to surpress evidence...and Limitation of a witness that Left those involved in a Liability suit. Liable for what had accurred. He had a reason to make plaint-iff insane! when he's not insane. Plaintiff was developementally "disabled at the time of certain events"!..because of Human rights violations of being battered, shocked, drugged, and all the things and offences, plaintiff has wrote you in the Letters I sent you and all contents of this writ. Also there was a time they gave me a blood tranfustion with a mentally retarded or developemental disabled person that Left me disabled "developementally impaired. In a imposition of insanity. vulnerable to the attack of people younger than I. and Plaintiff Lacked substantial capacity to appreciate the wrong fulness of his conduct. because they torture plaintiff before. they engaged in sex with plaintiff. And claim of irresponsible...plaintiffs use of Logic and foresight to solve those problems were "not" explored!

also plaintiff trial lawyer and appeal lawyer fail to raise male battered syndrome... and child batter -ed syndrome... and plaintiff has additional scares on plaintiffs body... that was not accessed on the record. But given to psychiatric "so called experts", that Lean their expertise to therr special enterest... By deleting the 20 or so written in pencil and ink describing by plaintiff of the events, that plaintiff now perfers to the court... it was the same thang with the judge and attorneys... that sought no compre hensive grasp of what was being said!

in court and to psychiatist    finally after a series of attempts putting on the record, by speaking... of certain events to the Judge and Attorneys and psychiatric "so called experts" there still remains a determinative question wheather Lawyers gudges, psychiatrists, and prison official breached ethical duties in stances. Plaintiff voiced that children youths were being use In a sexaul exploitive role to rape him and others, is it a ethical duty, that if refused to go law enforcement against the Law? and does it with hold evidence... and deprive plaintiff of access to the courts? if so it's nature of first admendment rights qualifying for heightened judicial protection in this case It is also asserted that this category includes those fundamental liberties that are implicit in the concept of "ordered liberty" such that neither liberty nor justice would exist, if they were sacrificed.... The Kind that are "deeply rooted in this Nation's history and tradition." Wilkerson case now plainly enough reckonizes "illegal conduct" is not always immunized wheneverer it occurs in a home invasion setting! aimed at the defendant... and Leaves plaintiff unconscious of some sexaul acts, and not conscious of others after the initial break in and other sexaul acts before ... the now charged conviction.

Michael W. Wilkerson
Pelican Bay State Prison
P.O. Box 700
5905 Lake Earl Drive
Crescent City, California
           95531-7000

U.S. Northern District Court
Of the State Of California

| In re<br>Michael W Wilkerson<br>On Habeas Corpus | Case No._____<br>Request for Appointment<br>Of Counsel And<br>Declaration of Indigency |
| --- | --- |

I Michael Wilkerson, declare that I am the petitioner to the above-referenced matter, that I am incarcerated at Pelican Bay State Prison, and that I am indigent and unable to afford counsel.

My total assets are $ 0 and my income is $ 0 per month.

        I hereby request that counsel be appointed in this matter so that my interests may be protected by the professional assistance required.

I declare under penalty of perjury that the foregoing is true and correct and this declaration was executed on ____-2008, at Crescent City, California

Michael Wilkerson
Petitioner

We return your original letter
and any docs we received.
*No copies kept.*

We return original letter
and any docs we received.
*No copies kept.*

RECEIVED
JAN 1 4 2008
By

you sent me a letter
1/7/2007 in the letter you said I
could request free manuals which
provide information about how to file
state habeas petitions and federal civil
rights complaints. You said if I want
one or both of these manuals, you should
send a written request to the Prison Law
Office. I want both manuals please

Here is my situation. I was
shot badly to the point I watch my
guts fall out! CDO. covered it up.
I can't get my prison review! even
after "602 appeals" that are not answer-
ed, and when they do review they kept
the 602 until the time "almost out"
on it!! or say they can't understand
it and rewrite it! but "that" is only
because they don't want to deal with
the issues! So given what I have just
describe "no individual" medical complaint
will never be exhausted administrative
remedies received at the Director's level, for
response to a 602... they apply Booth v.
Churner (2001) 531 US. 956 in a unconstit-
-ational way "as applied" by hindering the
compliant, as I said "up above" I talked
to a "a Doctor reciever" he said he was

②

I showed them my complaint, I had shown "in" some scares, the main thing that I find a medical emergency is that there was a "medical operation" for a umbilial Hernia I was shot with gas and other weapons right before the operation, right before the operation I could'nt pose a threat it was a personal attack!! By guards and immates "corrupt guards". I have "not" seen the film or nothing of the operation and everyone avoid speaking of what happen! I can't get a Olson review. I believe my high blood pressure to be from a "Staff infection" in my stomache! from that operation and attack!

　　Right before that the above mentioned occurrence I was given meds that were suppose to be for infection, that greatly had a bad affect on me. That is why I don't take meds from C D C though there are good medical staff and officers. When I say what happen they strain, twist, and ignore the evidence.... so why keep complaining to them? I need you to come with a outside doctor Fui Yee Yu. Please me the reciever Audge Court and name

1 also plaintiff tried Lawyer and appeal Lawyer
2 failed to explore, investigate and put on in a defence
3 male battered syndrome and child battered
4 syndrome. And for the record plaintiff has
5 additional scares on plaintiffs body...to show
6 from one attact his guts fail out... do to weapons
7 plus black buck shots marks from being
8 electricfied by electricity.... from torture! your
9 honor you may have no Idea what's happen to me
10 my shin can show some radiation..."burns" i'll stop
11 there. they actually kept me in the show with cold
12 water...and a good plastic surgeon can tell I had
13 shin grafts. and you Look at my teeth you will
14 see they grinded them down. and see the teeth was
15 knocked out. my prima facie case for relief is your
16 human judgement and my human judgement.
17 and there is no rule that human judgement can
18 not meet a state prima facie case for relief in
19 a district court. Also with investigation, I can
20 produce that there are witnesses to say that
21 LaKiah Olden knew who I was... and had prior
22 dealing with plaintiff...on a number of
23 occassion before the year 2000. and the
24 person plaintiff knows as Steve Wilkerson
25 Beat plaintiff in the head with a bat, because
26 plaintiff was stopping the person know as
27 Steve Wilkerson from raping this young girls
28 family. With the immunity...she can shred
29 light on what plaintiff has been saying

Office of Detention and Removal Operations

U.S. Department of Homeland Security
425 I Street, NW
Washington, DC  20536



**U.S. Immigration
and Customs
Enforcement**

MAR 2 4 2008

Mr. Michael Wilkerson
Mule Creek State Prison
P.O. Box 409099
Ione, CA  95640

Dear Mr. Wilkerson:

The U.S. Immigration and Customs Enforcement (ICE) received your letter to the U.S. Department of Homeland Security (DHS), concerning an alleged violation under the jurisdiction of ICE.  ICE is the largest investigative branch of DHS that protects our national security and public safety through enforcement of our immigration laws.

The information you provided was forwarded to our field office for any action deemed appropriate.  If you have any new information you may call our public tipline at 1-866-DHS-2ICE.  This tipline was established to allow the public to provide information that may be of potential interest to ICE and its investigatory mission.  For further information related to ICE, please visit our Web site at www.ice.gov.

Sincerely,

Dr. Char F. Wittenberg
Chief of Staff
Office of Detention and Removal Operations

## PROOF OF SERVICE BY MAIL

### BY PERSON IN STATE CUSTODY

(Fed. R. Civ. P. 5; 28 U.S.C. § 1746)

I, _Michael Wilkerson_____, declare:

I am over 18 years of age and a party to this action. I am a resident of _Pelican, P.O. Box_

_7500 Crescent_____Prison,

in the county of _Delnorte_____,

State of California. My prison address is: _Pelican, P.O Box 7500____,

_Cresent City, Colifornia_____

On _4/29/2008_____,
                (DATE)

I served the attached: _Attoreny General San Franco Office_

_Writ and exhibits    455 Golden Gate Avenue_
                (DESCRIBE DOCUMENT)

on the parties herein by placing true and correct copies thereof, enclosed in a sealed envelope, with postage

thereon fully paid, in the United States Mail in a deposit box so provided at the above-named correctional

institution in which I am presently confined. The envelope was addressed as follows:

I declare under penalty of perjury under the laws of the United States of America that the foregoing

is true and correct.

Executed on _4/29/2008_        _Michael Wilkerson_____
                (DATE)                    (DECLARANT'S SIGNATURE)

Civ-69 (Rev. 9/97)

::ODMA\PCDOCS\WORDPERFECT\22832\1

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

**I (a) PLAINTIFFS**

**Michael Wilkerson**

FILING FEE PAID
Yes ☐    No ☑

IFP MOTION FILED
Yes ☑    No ☐

COPIES SENT TO:
Court ☐    NOS ☐

**Donovan State Prison, et al**

**FILED**

MAY 1 2 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

**(b) COUNTY OF RESIDENCE OF FIRST LISTED** Del Norte
**PLAINTIFF**
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

Michael Wilkerson
PO Box 7500
Crescent City, CA 95532
T-90727

**ATTORNEYS (IF KNOWN)**

**'08 CV 0857 WQH PCL**

| II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY) | III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT |
|---|---|

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (For Diversity Cases Only)

☐ 1 U.S. Government Plaintiff    ☑ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant    ☐ 4 Diversity (Indicate Citizenship of Parties in Item III

| | PT | DEF | | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business in This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

**IV. CAUSE OF ACTION (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).**

**28 U.S.C. 2254**

**V. NATURE OF SUIT (PLACE AN X IN ONE BOX ONLY)**

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reappointment |
| ☐ Marine | ☐ 310 Airplane | ☐ 362 Personal Injury-Medical Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ Miller Act | ☐ 315 Airplane Product Liability | | ☐ 625 Drug Related Seizure of Property 21 USC881 | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 365 Personal Injury - Product Liability | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment &Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 RR & Truck | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veterans Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities Exchange |
| ☐ 160 Stockholders Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC |
| ☐ Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 864 SSID Title XVI | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☑ 530 General | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 535 Death Penalty | ☐ 791 Empl. Ret. Inc. | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Tort to Land | ☐ 444 Welfare | ☐ 540 Mandamus & Other | ☐ Security Act | | ☐ 950 Constitutionality of State |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 550 Civil Rights | | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | | | | |

**VI. ORIGIN (PLACE AN X IN ONE BOX ONLY)**

☑ 1 Original Proceeding   ☐ 2 Removal from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify)   ☐ 6 Multidistrict Litigation   ☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:**   ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23

DEMAND $

Check YES only if demanded in complaint:
**JURY DEMAND:** ☐ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY (See Instructions):**   JUDGE _____   Docket Number _____

DATE   5/12/2008

SIGNATURE OF ATTORNEY OF RECORD
R. Miller