Southern District Court  Civil No. 08CV0857-WQH (PCL)

I'm writing you to request a reply to my "writ". I wrote to your court

And to aware you I had problems with my hand which I'm starting to strengthen again

What do you suggest. I do not trust prison medical staff any longer

I'm constantly lied to and things covered up and I believe them to be the cause of my disability

I can't write a writ until my hand get better. Please send me a "title 42 section §1983 Civil complaint and application to proceed in Forma Pauperis

Michael Dickerson



**FILED**
JUL 23 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

**NUNC PRO TUNC**
JUL 18 2008

NAME: Wilkerson    NUMBER T90727    HOUSING B7-213L    PBSP-LAB-001

## PELICAN BAY STATE PRISON        HEALTH CARE SERVICES UNIT

NOTIFICATION TO PATIENT OF LABORATORY TEST RESULTS        TEST DATES: 7/7/08

TYPE OF TEST:        BASIC BLOOD TESTS    HEPATITIS SCREEN    (X-RAY)    EKG
(circle test type)    OTHER:

(R) hand

YOUR TEST RESULTS WERE EVALUATED BY A PHYSICIAN AS FOLLOWS:

☐ Your test result is essentially within normal limits. No physician follow-up is required.

☐ Your test result remains unchanged an will be reviewed with you at your next Chronic Care Appointment.

☒ Your test result is not within normal limits. You will be scheduled to discuss the results with a physician.

☐ Your test result is not within normal limits. Further studies are required and have been scheduled for you. You will receive further information on this study at a later date.

PHYSICIAN REMARKS

_____

1. HEALTH RECORD COPY
2. PATIENT COPY
3. PHYSICIAN COPY

Physician & Surgeon

7/11/08  12:40
Date & Time

**CONFIDENTIAL**

NAME:        NUMBER        HOUSING        PBSP-LAB-001